### JOHN I. JONES v. RICHARD M. ALLEN.

This court will not grant a writ of mandamus to the Court of Common Pleas, to dismiss an appeal, alleged to be improperly entered and sustained. The redress of the party aggrieved, is to be sought by certiorari, not by mandamus.

*Sherrerd,* moved, under notice, for a writ of mandamus to the Court of Common Pleas of the county of Warren, to dismiss an appeal, which, he read a state of the case to shew, they had improperly entered and sustained.

BY THE COURT. The purpose of the writ of mandamus in such cases is, to require the inferior court to proceed in a

cause, when they improperly omit or decline to do so, but never to direct them in what manner to proceed.   On this principle, because that court omit to proceed when they ought, we grant a mandamus to reinstate an appeal, which has been unlawfully dismissed.   But where they irregularly sustain an appeal and proceed to hear and determine the matter, the redress of the aggrieved is to be sought by certiorari, not by mandamus.

Motion overruled.

CITED in *Laird* v. *Abrahams, 3 Gr*. 25.